CIANCIMINO's TOWING AND TRANSPORTATION COMPANY, Respondent, *v.* PETER CIANCIMINO, Appellant.

(Argued May 23, 1892; decided June 7, 1892.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 31,

1891, which modified, and affirmed as modified, an order of Special Term directing the punishment of defendant for contempt.

*John Jay McKelvey* for appellant.

*Henry H. Man* for respondent.

Agree to affirm; no opinion.
. All concur.
Order affirmed.